# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| MICHAEL ASH, SHELLY ASH, IN-LAW CONSTRUCTION,<br><br>Plaintiffs,<br><br>v.<br><br>WERNER CO., OLD LADDER CO., MENARD, INC., NEW WERNER HOLDING CO., INC.,<br><br>Defendants, | Civil No. 12-1721 (JRT/LIB)<br><br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

_____

    Daniel Howland, James Lavoie, **LINDELL & LAVOIE LLP,** 431 South Seventh Street, Suite 2420, Minneapolis, MN 55415, for plaintiffs.

    Michael Meyer, Patrick Burgess, **TRIBLER ORPETT & MEYER PC,** 225 West Washington, Suite 1300, Chicago, IL 60606; Robert McCollum, Gregory Duncan, **MCCOLLUM, CROWLEY, MOSCHEL & MILLER,** 7900 Xerxes Avenue South, Suite 700, Minneapolis, MN 55431, for defendants Werner Co., Menard, Inc., and New Werner Holding Co., Inc.

Based upon the Report and Recommendation by United States Magistrate Judge Leo I. Brisbois [Docket No.11], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's claims against Old Ladder Co. are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

DATED: December 13, 2012  
at Minneapolis, Minnesota                                                            s/John R. Tunheim  
                                                                                JOHN R. TUNHEIM  
                                                                    United States District Judge